**Patterson Belknap Webb & Tyler LLP**

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

April 11, 2018

Lisa E. Cleary
Partner
(212) 336-2159
lecleary@pbwt.com

**By ECF**

The Honorable Sterling Johnson, Jr.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>C.W. et al. v. City of New York, 13-cv-7376 (SJ) (PK)</u>

Dear Judge Johnson:

      We represent Plaintiffs in this matter, and write on behalf of both parties to jointly request a 14-day adjournment of the conference currently scheduled for April 12, 2018 at 9:30 a.m.  The adjournment will enable the parties to consider and discuss their respective positions on, among other things, an appropriate schedule for Plaintiffs' remaining claims following the Court's order on Defendant's Motion for Partial Summary Judgment (Dkt. No. 103).  Should the Court grant the joint request, both parties are available on Wednesday, April 25 and Thursday, April 26.

Respectfully submitted,

/s/ Lisa E. Cleary

Lisa E. Cleary
Patterson Belknap Webb & Tyler LLP

/s/ Beth Hofmeister

Beth Hofmeister
The Legal Aid Society

cc:  Counsel of Record (via ECF)

10310095